

JTW: 12.04.23

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | CRIMINAL NO. MJM 23cr433 |
| | * | |
| **ZION RIVERS,** | * | (Interference with Interstate |
| | * | Commerce by Robbery, 18 U.S.C. § |
| **Defendant** | * | 1951(a); Attempt to Interfere with |
| | * | Interstate Commerce by Robbery, 18 |
| | * | U.S.C. § 1951(a); Use, Carry, and |
| | * | Brandish a Firearm During and in |
| | * | Relation to a Crime of Violence, 18 |
| | * | U.S.C. § 924(c); Aiding and Abetting, |
| | * | 18 U.S.C. § 2; Forfeiture, 18 U.S.C. §§ |
| | * | 924(d) and 981(a)(1)(C), 21 U.S.C. § |
| | * | 853(p), and 28 U.S.C. § 2461(c)) |
| | * | |

\*\*\*\*\*\*\*

## INDICTMENT

### COUNT ONE
(Interference with Interstate Commerce by Robbery)

The Grand Jury for the District of Maryland charges that:

1. At all times material to this Indictment, the Papa John's restaurant, located at 4535 Falls Road, Baltimore, Maryland 21209, was engaged in the retail sale of food items and other consumer products in interstate commerce and the business of the Papa John's restaurant affected interstate commerce.

2. On or about April 14, 2023, in the District of Maryland, the defendant,

**ZION RIVERS,**

1

did knowingly, obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain property belonging to the Papa John's restaurant, located at 4535 Falls Road, Baltimore, Maryland 21209, from the person of and in the presence of an employee of the Papa John's restaurant, against the employee's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employee's person and property in the employee's custody and possession.

18 U.S.C. §1951(a)
18 U.S.C. § 2

## COUNT TWO
## (Attempt to Interfere with Interstate Commerce by Robbery)

The Grand Jury for the District of Maryland further charges that:

1. At all times material to this Indictment, the Papa John's restaurant, located at 1200 South Hanover Street, Baltimore, Maryland 21230, was engaged in the retail sale of food items and other consumer products in interstate commerce and the business of the Papa John's restaurant affected interstate commerce.

2. On or about April 24, 2023, in the District of Maryland, the defendant,

## ZION RIVERS,

did knowingly attempt to obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, by robbery as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully attempt to take and obtain property belonging to the Papa John's restaurant, located at 1200 South Hanover Street, Baltimore, Maryland 21230, from the person of and in the presence of an employee of the Papa John's restaurant, against the employee's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employee's person and property in the employee's custody and possession.

18 U.S.C. §1951(a)
18 U.S.C. § 2

## COUNT THREE
### (Interference with Interstate Commerce by Robbery)

The Grand Jury for the District of Maryland further charges that:

1. At all times material to this Indictment, the Papa John's restaurant, located at 1200 South Hanover Street, Baltimore, Maryland 21230, was engaged in the retail sale of food items and other consumer products in interstate commerce and the business of the Papa John's restaurant affected interstate commerce.

2. On or about April 29, 2023, in the District of Maryland, the defendant,

### ZION RIVERS,

did knowingly, obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain property belonging to the Papa John's restaurant, located at 1200 South Hanover Street, Baltimore, Maryland 21230, from the person of and in the presence of an employee of the Papa John's restaurant, against the employee's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employee's person and property in the employee's custody and possession.

18 U.S.C. §1951(a)
18 U.S.C. § 2

## COUNT FOUR
### (Attempt to Interfere with Interstate Commerce by Robbery)

The Grand Jury for the District of Maryland further charges that:

1. At all times material to this Indictment, the McDonald's fast food restaurant, located at 7309 McClean Boulevard, Parkville, Maryland 21234, was engaged in the retail sale of food items and other consumer products in interstate commerce and the business of the McDonald's fast food restaurant affected interstate commerce.

2. On or about June 1, 2023, in the District of Maryland, the defendant,

### ZION RIVERS,

did knowingly attempt to obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, by robbery as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully attempt to take and obtain property belonging to the McDonald's fast food restaurant, located at 7309 McClean Boulevard, Parkville, Maryland 21234, from the person of and in the presence of an employee of the McDonald's fast food restaurant, against the employee's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employee's person and property in the employee's custody and possession.

18 U.S.C. §1951(a)
18 U.S.C. § 2

## COUNT FIVE
### (Interference with Interstate Commerce by Robbery)

The Grand Jury for the District of Maryland further charges that:

1. At all times material to this Indictment, the McDonald's fast food restaurant, located at 6001 Moravia Road, Baltimore, Maryland 21206, was engaged in the retail sale of food items and other consumer products in interstate commerce and the business of the McDonald's fast food restaurant affected interstate commerce.

2. On or about June 1, 2023, in the District of Maryland, the defendant,

### ZION RIVERS,

did knowingly, obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain property belonging to the McDonald's fast food restaurant, located at 6001 Moravia Road, Baltimore, Maryland 21206, from the person of and in the presence of an employee of the McDonald's fast food restaurant, against the employee's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employee's person and property in the employee's custody and possession.

18 U.S.C. §1951(a)
18 U.S.C. § 2

## COUNT SIX
### (Use, Carry, and Brandish a Firearm During and in Relation to a Crime of Violence)

The Grand Jury for the District of Maryland further charges that:

On or about June 1, 2023, in the District of Maryland, the defendant,

### ZION RIVERS,

did knowingly, intentionally, and unlawfully use, carry, and brandish a firearm, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, to wit, interference with interstate commerce by robbery, in violation of 18 U.S.C. § 1951(a), as set forth in Count Five of this Indictment, which is incorporated here.

18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 2

## COUNT SEVEN
### (Attempt to Interfere with Interstate Commerce by Robbery)

The Grand Jury for the District of Maryland further charges that:

1. At all times material to this Indictment, the McDonald's fast food restaurant, located at 5713 Belair Road, Baltimore, Maryland 21206, was engaged in the retail sale of food items and other consumer products in interstate commerce and the business of the McDonald's fast food restaurant affected interstate commerce.

2. On or about June 3, 2023, in the District of Maryland, the defendant,

### ZION RIVERS,

did knowingly attempt to obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, by robbery as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully attempt to take and obtain property belonging to the McDonald's fast food restaurant, located at 5713 Belair Road, Baltimore, Maryland 21206, from the person of and in the presence of an employee of the McDonald's fast food restaurant, against the employee's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employee's person and property in the employee's custody and possession.

18 U.S.C. §1951(a)
18 U.S.C. § 2

## COUNT EIGHT
### (Interference with Interstate Commerce by Robbery)

The Grand Jury for the District of Maryland further charges that:

1. At all times material to this Indictment, the McDonald's fast food restaurant, located at 6001 Moravia Road, Baltimore, Maryland 21206, was engaged in the retail sale of food items and other consumer products in interstate commerce and the business of the McDonald's fast food restaurant affected interstate commerce.

2. On or about June 3, 2023, in the District of Maryland, the defendant,

**ZION RIVERS,**

did knowingly, obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully take and obtain property belonging to the McDonald's fast food restaurant, located at 6001 Moravia Road, Baltimore, Maryland 21206, from the person of and in the presence of an employee of the McDonald's fast food restaurant, against the employee's will by means of actual and threatened force, violence, and fear of injury, immediate and future, to the employee's person and property in the employee's custody and possession.

18 U.S.C. §1951(a)
18 U.S.C. § 2

## COUNT NINE
**(Use, Carry, and Brandish a Firearm During and in Relation to a Crime of Violence)**

The Grand Jury for the District of Maryland further charges that:

On or about June 3, 2023, in the District of Maryland, the defendant,

**ZION RIVERS,**

did knowingly, intentionally, and unlawfully use, carry, and brandish a firearm, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, to wit, interference with interstate commerce by robbery, in violation of 18 U.S.C. § 1951(a), as set forth in Count Eight of this Indictment, which is incorporated here.

18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 2

## **FORFEITURE**

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. §§ 924(d) and 981(a)(1)(C), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction under Counts One through Nine of this Indictment.

### **Robbery Forfeiture**

2. Upon conviction of any of the offenses alleged in Counts One through Five, Seven, or Eight of this Indictment, the defendant,

### **ZION RIVERS,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, constituting or derived from proceeds traceable to such offense(s).

### **Firearm and Ammunition Forfeiture**

3. Upon conviction of any of the offenses alleged in Counts Six or Nine of this Indictment, the defendant,

### **ZION RIVERS,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in those offenses., including but not limited to:

   a. a Polymer80, Inc. handgun, model number PF94DC, bearing no serial number, with an extended magazine; and

   b. approximately 21 rounds of 9-millimeter ammunition.

**Substitute Assets**

4.    If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
18 U.S.C. § 981(a)(1)(C)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

*Erek L. Barron/ JST*
Erek L. Barron
United States Attorney

SIGNATURE REDACTED
Foreperson

12/5/23
Date